# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONIQUE FOTI,                                   )<br>                                                         )<br>                    Plaintiff,                    )<br>                                                         )<br>          vs.                                          )<br>                                                         )<br>COSMOPOLITAN HOTELS & RESORTS, INC. )<br>et al.,                                                )<br>                                                         )<br>                    Defendants.               )<br>                                                         ) | 2:14-cv-00124-RCJ-PAL<br><br>**ORDER** |

On November 22, 2011, Plaintiff Monique Foti slipped on the edge of a pool at the Cosmopolitan of Las Vegas, injuring her left knee. (*See* Am. Compl. ¶ 9, Dec. 18, 2013, ECF No. 1-1). Plaintiff sued Cosmopolitan Hotels & Resorts, Inc. ("Cosmopolitan") and Nevada Property 1, LLC ("NP1") for negligence in state court. NP1 removed the Amended Complaint, arguing that Cosmopolitan had been fraudulently joined. Cosmopolitan did not join the removal and has not appeared in this Court. NP1 demanded a costs bond of $500 pursuant to Nevada Revised Statutes section 18.130. When Plaintiff failed to timely post the bond, NP1 moved to dismiss pursuant to the statute. The magistrate judge ordered Plaintiff to post the bond, and Plaintiff has complied, rendering the present motion to dismiss moot.

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 16) is DENIED as moot.

IT IS SO ORDERED.

Dated this 21st day of March, 2014.

_____
ROBERT C. JONES
United States District Judge