SAO
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
WILLIAM R. KILLIP, JR., ESQ.
Nevada Bar No. 3660
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
briannettles@nettleslawfirm.com
bill@nettleslawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONIQUE FOTI, | CASE NO.   2:14-cv-00124-RCJ-PAL |
| Plaintiff, | |
| vs. | |
| COSMOPOLITAN HOTELS & RESORTS, INC, a Domestic Corporation d/b/a THE COSMOPOLITAN; NEVADA PROPERTY 1, LLC, a Foreign Limited Liability Company, d/b/a THE COSMOPOLITAN OF LAS VEGAS; DOES I through V; and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, by and through their respective counsel of record, and representation having been made that trial is scheduled for July 27, 2015; that the above-referenced matter be dismissed with prejudice and an

…

…

…

Order be entered accordingly, with each party to bear their own attorneys' fees and costs.

DATED this 18 day of February, 2015              DATED this ____ day of February, 2015.

NETTLES LAW FIRM                                  RESNIK & LOUIS, P.C.

By: _____                     By: _____
    WILLIAM R. KILLIP, JR., ESQ.                      Jennifer L. Foley, Ph.D., Esq.
Nevada Bar No. 3660                               Nevada Bar No. 9017
1389 Galleria Drive, Suite 200                    6600 W. Charleston Blvd., Ste. 117A
Henderson, Nevada 89014                           Las Vegas, Nevada 89146
*Attorney for Plaintiff*                          Attorney for Defendant

IT IS SO ORDERED,

   DATED this 27th day of March, 2015.

                                        _____
                                        UNITED STATES DISTRICT JUDGE